IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3084 |
| vs. | |
| KEVIN BROWN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Julie B. Hansen to withdraw as counsel of record for Defendant, (Filing No. 24), is granted.

2) Defendant's newly retained counsel, Stuart J. Dornan, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Julie B. Hansen from any future ECF notifications herein.

July 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge